**Spin Master Ltd., et al. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 24-cv-03532**

# Schedule A

| No | URL | Name / Seller Alias |
|---|---|---|
| | **Defendant Online Marketplaces** | |
| 1 | xinchout.en.alibaba.com | Anhui Xingxue Material Technology Co., Ltd. |
| 2 | mantongbag.en.alibaba.com | Baoding Mantong Bag Manufacturing Co., Ltd. |
| 3 | 56healing.en.alibaba.com | Beijing 56 Healing Trading Co., Ltd. |
| 4 | cxmingrui.en.alibaba.com | Cao County Mingrui Handicraft Factory |
| 5 | manmeiindustry.en.alibaba.com | Changzhou Mermei Industry Co., Ltd. |
| 6 | czgoodlife.en.alibaba.com | Chaozhou Good Life Trading Co., Ltd. |
| 7 | czhczs.en.alibaba.com | Chaozhou Hancai Paper Plastic Packaging Co., Ltd |
| 8 | adrsc.en.alibaba.com | Chengdu Andrey Trade Co., Ltd. |
| 9 | biofragrance.en.alibaba.com | Chengdu Aromaart Biotech Co., Ltd. |
| 10 | kvs2017.en.alibaba.com | Chengdu Kavis Technology Co., Ltd. |
| 11 | cn1557688229npuk.en.alibaba.com | Chengdu Shangyang Trading Co., Ltd. |
| 12 | dumo.en.alibaba.com | Dongguan Dumo Baby Products Co., Ltd. |
| 13 | dgace.en.alibaba.com | Dongguan Heitaoyi Rubber & Plastic Products Co., Ltd. |
| 14 | huanlin168.en.alibaba.com | Dongguan Huan Lin Magnetic Industry Co., Ltd. |
| 15 | jiuleshangmao.en.alibaba.com | Dongguan Jiule Bussiness Limited Company |
| 16 | sumyoungjewelry.en.alibaba.com | Dongguan Sumyoung Jewelry Co., Ltd. |
| 17 | dehuawanliyang.en.alibaba.com | Fujian Dehua County Wanliyang Ceramics Co., Ltd |
| 18 | acrylicsupply.en.alibaba.com | Fuzhou Goopool Technology Co., Ltd. |
| 19 | yjcube.en.alibaba.com | Guangdong Yongjun Technology Industrial Co., Ltd. |
| 20 | huayabio.en.alibaba.com | Guangzhou Huaya Biotechnology Co., Ltd. |
| 21 | hzxtmagnet.en.alibaba.com | Hangzhou Xiangtong Magnetic Products Co., Ltd. |
| 22 | birthdayparty.en.alibaba.com | Hebei Kelaisi Crafts Co., Ltd. |
| 23 | sciencewax.en.alibaba.com | Hebei Science Wax Industry Co., Ltd. |
| 24 | supercandle.en.alibaba.com | Hebei Supercandle Trading Co., Ltd. |
| 25 | posision.en.alibaba.com | Henan Posision Industrial Co., Ltd. |
| 26 | renshanjiaxin.en.alibaba.com | Huizhou Renshan Silicone Products Co., Ltd. |
| 27 | cscyled.en.alibaba.com | Hunan Caiyi Photoelectric Technology Co., Ltd |
| 28 | jhdongyi.en.alibaba.com | Jinhua Dongyi Industry And Trade Co., Ltd. |
| 29 | kongsengltd.en.alibaba.com | Kong Seng Ltd. |
| 30 | mayco.en.alibaba.com | Mayco (Fujian) Group Ltd. |
| 31 | najorcookware.en.alibaba.com | Najor Cookware Limited |
| 32 | goodsale.en.alibaba.com | Ningbo Haishu Goodsale Imp.& Exp. Co., Ld. |
| 33 | qdaromahome.en.alibaba.com | Qingdao Aroma Home Products Co., Ltd. |
| 34 | homagroup.en.alibaba.com | Quzhou Homa Household Co., Ltd. |
| 35 | sjialong.en.alibaba.com | Shaanxi Jialong Houseware Co., Ltd. |
| 36 | braintoys.en.alibaba.com | Shantou Borong Toys Co., Limited |
| 37 | welooktoys.en.alibaba.com | Shantou Weile Trading Co., Ltd. |

| 38 | cnbloom.en.alibaba.com | Shenzhen Bloom Technology Co., Ltd. |
|----|----|----|
| 39 | 360bh.en.alibaba.com | Shenzhen Bobotel Technology Dev.co,ltd. |
| 40 | lightlife.en.alibaba.com | Shenzhen Heng Chong Zhichuang Trade Co., Ltd. |
| 41 | cn1562134065nmaf.en.alibaba.com | Shenzhen Longhua District Meiwang Meidian Electronics Factory |
| 42 | szxinaixin.en.alibaba.com | Shenzhen Xinaixin Crafts Co., Ltd. |
| 43 | cnlanjo.en.alibaba.com | Sichuan Lantu Culture Technology Co., Ltd. |
| 44 | quanqi.en.alibaba.com | Tianjin Quanqi Candle Wicks Co., Ltd. |
| 45 | topace-development.en.alibaba.com | Top Ace Development Limited |
| 46 | wzlvyuan.en.alibaba.com | Wenzhou Lvyuan Arts And Crafts Co., Ltd. |
| 47 | gocoolbag.en.alibaba.com | Wenzhou Zhonggao Crafts & Gifts Co., Ltd. |
| 48 | hojoy.en.alibaba.com | Xiamen Hojoy Import&export Co., Ltd. |
| 49 | yiwentj.en.alibaba.com | Yiwen (Tianjin) International Trade Co., Ltd. |
| 50 | ywdizhou.en.alibaba.com | Yiwu Dizhou E-Commerce Firm |
| 51 | jianyusports.en.alibaba.com | Yiwu Jianyu Imp And Exp Co., Ltd. |
| 52 | vileicake.en.alibaba.com | Yiwu Tangchu Baking Co., Ltd. |
| 53 | behoney.en.alibaba.com | Yiwu Wenxu Jewelry Co., Ltd. |
| 54 | dqypaper.en.alibaba.com | Zhengzhou Danqingyin Paper Products Co., Ltd. |
| 55 | xptlighting.en.alibaba.com | Zhongshan Xin Patu Lighting Co., Ltd. |
| 56 | amazon.com/sp?seller=A2O8W2NW6BMUVV | A2O8W2NW6BMUVV |
| 57 | amazon.com/sp?seller=A3HIBGMNHYYPYS | A3HIBGMNHYYPYS |
| 58 | amazon.com/sp?seller=A1LRZB7H2H5TLN | Amandaus |
| 59 | amazon.com/sp?seller=AJ2L5T4UBPE7F | AMIORO |
| 60 | amazon.com/sp?seller=A1E27K938LMFRV | BAGESHANGHANG |
| 61 | amazon.com/sp?seller=A2BA100WPW6T1Q | biaoganwangluokeji |
| 62 | amazon.com/sp?seller=AD7MM8UGG5027 | caitubaihuojigyb |
| 63 | amazon.com/sp?seller=A20VU9NH1N4M6A | ChenJingDongUS |
| 64 | amazon.com/sp?seller=A3EPLJL6HKLJMT | DUODUOM |
| 65 | amazon.com/sp?seller=A30TRAXTT4WKJS | EEG Store |
| 66 | amazon.com/sp?seller=A1H42KQOHJIJ51 | Fan-Er |
| 67 | amazon.com/sp?seller=A21WELO9AJJ99O | Foshanshi ruitemei shangmao Co., Ltd. |
| 68 | amazon.com/sp?seller=A22UY3DP5KZEPS | Gabcus |
| 69 | amazon.com/sp?seller=A2CKTXD9J05TCA | Great US Great |
| 70 | amazon.com/sp?seller=ATPEPY485N06M | JD-Concept |
| 71 | amazon.com/sp?seller=ATPBG6PK51A0P | liuanxiaoludianzishangwuyouxiangongsi |
| 72 | amazon.com/sp?seller=A1PAPMJDI2SNBP | NIM_Store |
| 73 | amazon.com/sp?seller=A297WZAP8AP10G | ruiningshanghang |
| 74 | amazon.com/sp?seller=AG2GP3DEIF4TL | Shenzhen Tian Xin technology co., LTD |
| 75 | amazon.com/sp?seller=A1XUG3WLH7G0DX | stracean |
| 76 | amazon.com/sp?seller=AMKJ6D1TPSEA3 | TENGYUSHANGMAO |
| 77 | amazon.com/sp?seller=A2Z5Q5H40DALUI | The Tea and Coffee House |
| 78 | amazon.com/sp?seller=A3BKD3DLMSSHTN | TongFaWangLuo |
| 79 | amazon.com/sp?seller=A2VJ66VIVFWIQM | UniCoko |
| 80 | amazon.com/sp?seller=A2CJ6YQAVREA2M | wangding-us |
| 81 | amazon.com/sp?seller=A1UNCIDD21HIBL | Winrayk |
| 82 | amazon.com/sp?seller=A3NJW1RGQ1Y2FT | WinsDecor.PartyXO |
| 83 | amazon.com/sp?seller=A3HXK6W387M9HI | yangxinxianjiuhaoyundianzishangwushanghang |

| 84 | ebay.com/usr/aikouk4 | aikouk4 |
| 85 | ebay.com/usr/beautiful-cup | beautiful-cup |
| 86 | ebay.com/usr/candy.bean-4 | candy.bean-4 |
| 87 | ebay.com/usr/xiush-54 | Dinghuofire |
| 88 | ebay.com/usr/siblingslove | Excoolent |
| 89 | ebay.com/usr/heckney22 | heckney22 |
| 90 | ebay.com/usr/jaime.g58 | jaime.g58 |
| 91 | ebay.com/usr/jiadehui | Jia De Hui DIY Molds Shop Store |
| 92 | ebay.com/usr/gun3000 | JieLuck3000 |
| 93 | ebay.com/usr/letitia85 | letitia85 |
| 94 | ebay.com/usr/mark-shop-week | mark-shop-week |
| 95 | ebay.com/usr/ying-mei | Meteorite AND Crystal |
| 96 | ebay.com/usr/rurukiller999 | rurukiller shop |
| 97 | ebay.com/usr/sfbpp88 | sfbpp88 |
| 98 | ebay.com/usr/wrb6843296 | Smoking Timing |
| 99 | ebay.com/usr/1diandian | Surprise First Shop |
| 100 | ebay.com/usr/susushop126 | susushop126 |
| 101 | ebay.com/usr/walkman28 | walkman28 |
| 102 | ebay.com/usr/wuzhon5 | wuzhon5 |
| 103 | ebay.com/usr/xgh387 | xgh387 |
| 104 | ebay.com/usr/zihua1-hengzhf22 | zihua1-hengzhf22 |