# Exhibit 2

| Storename | Located in file | Starting page |
|---|---|---|
| A2O8W2NW6BMUVV | Exh. 2 - Part 1.pdf | 5 |
| A3HIBGMNHYYPYS | Exh. 2 - Part 1.pdf | 21 |
| aikouk4 | Exh. 2 - Part 1.pdf | 31 |
| Amandaus | Exh. 2 - Part 1.pdf | 45 |
| AMIORO | Exh. 2 - Part 1.pdf | 59 |
| Anhui Xingxue Material Technology Co., Ltd. | Exh. 2 - Part 1.pdf | 76 |
| BAGESHANGHANG | Exh. 2 - Part 1.pdf | 85 |
| Baoding Mantong Bag Manufacturing Co., Ltd. | Exh. 2 - Part 1.pdf | 104 |
| beautiful-cup | Exh. 2 - Part 1.pdf | 116 |
| Beijing 56 Healing Trading Co., Ltd. | Exh. 2 - Part 1.pdf | 130 |
| biaoganwangluokeji | Exh. 2 - Part 1.pdf | 142 |
| caitubaihuojigyb | Exh. 2 - Part 1.pdf | 159 |
| candy.bean-4 | Exh. 2 - Part 1.pdf | 171 |
| Cao County Mingrui Handicraft Factory | Exh. 2 - Part 1.pdf | 184 |
| Changzhou Mermei Industry Co., Ltd. | Exh. 2 - Part 1.pdf | 200 |
| Chaozhou Good Life Trading Co., Ltd. | Exh. 2 - Part 1.pdf | 213 |
| Chaozhou Hancai Paper Plastic Packaging Co. | Exh. 2 - Part 2.pdf | 1 |
| Chengdu Andrey Trade Co., Ltd. | Exh. 2 - Part 2.pdf | 15 |
| Chengdu Aromaart Biotech Co., Ltd. | Exh. 2 - Part 2.pdf | 33 |
| Chengdu Kavis Technology Co., Ltd. | Exh. 2 - Part 2.pdf | 49 |
| Chengdu Shangyang Trading Co., Ltd. | Exh. 2 - Part 2.pdf | 59 |
| ChenJingDongUS | Exh. 2 - Part 2.pdf | 74 |
| Dinghuofire | Exh. 2 - Part 2.pdf | 92 |
| Dongguan Dumo Baby Products Co., Ltd. | Exh. 2 - Part 2.pdf | 104 |
| Dongguan Heitaoyi Rubber & Plastic Products ( | Exh. 2 - Part 2.pdf | 114 |
| Dongguan Huan Lin Magnetic Industry Co., Ltd. | Exh. 2 - Part 2.pdf | 126 |
| Dongguan Jiule Bussiness Limited Company | Exh. 2 - Part 2.pdf | 134 |
| Dongguan Sumyoung Jewelry Co., Ltd. | Exh. 2 - Part 2.pdf | 145 |
| DUODUOM | Exh. 2 - Part 2.pdf | 158 |
| EEG Store | Exh. 2 - Part 2.pdf | 175 |
| Excoolent | Exh. 2 - Part 2.pdf | 181 |
| Fan-Er | Exh. 2 - Part 2.pdf | 188 |
| Foshanshi ruitemei shangmao Co., Ltd. | Exh. 2 - Part 3.pdf | 1 |
| Fujian Dehua County Wanliyang Ceramics Co., | Exh. 2 - Part 4.pdf | 1 |
| Fuzhou Goopool Technology Co., Ltd. | Exh. 2 - Part 4.pdf | 17 |
| Gabcus | Exh. 2 - Part 4.pdf | 26 |
| Great US Great | Exh. 2 - Part 4.pdf | 43 |
| Guangdong Yongjun Technology Industrial Co., | Exh. 2 - Part 4.pdf | 62 |
| Guangzhou Huaya Biotechnology Co., Ltd. | Exh. 2 - Part 4.pdf | 67 |
| Hangzhou Xiangtong Magnetic Products Co., Lt | Exh. 2 - Part 4.pdf | 79 |
| Hebei Kelaisi Crafts Co., Ltd. | Exh. 2 - Part 4.pdf | 97 |
| Hebei Science Wax Industry Co., Ltd. | Exh. 2 - Part 4.pdf | 115 |
| Hebei Supercandle Trading Co., Ltd. | Exh. 2 - Part 4.pdf | 130 |
| heckney22 | Exh. 2 - Part 4.pdf | 150 |
| Henan Posision Industrial Co., Ltd. | Exh. 2 - Part 4.pdf | 167 |
| Huizhou Renshan Silicone Products Co., Ltd. | Exh. 2 - Part 4.pdf | 180 |

| Storename | Located in file | Starting Page |
|---|---|---|
| Hunan Caiyi Photoelectric Technology Co., Ltd | Exh. 2 - Part 4.pdf | 192 |
| jaime.g58 | Exh. 2 - Part 4.pdf | 208 |
| JD-Concept | Exh. 2 - Part 4.pdf | 217 |
| Jia De Hui DIY Molds Shop Store | Exh. 2 - Part 4.pdf | 234 |
| JieLuck3000 | Exh. 2 - Part 4.pdf | 241 |
| Jinhua Dongyi Industry And Trade Co., Ltd. | Exh. 2 - Part 5.pdf | 1 |
| Kong Seng Ltd. | Exh. 2 - Part 5.pdf | 14 |
| letitia85 | Exh. 2 - Part 5.pdf | 28 |
| liuanxiaoludianzishangwuyouxiangongsi | Exh. 2 - Part 5.pdf | 33 |
| mark-shop-week | Exh. 2 - Part 5.pdf | 49 |
| Mayco (Fujian) Group Ltd. | Exh. 2 - Part 5.pdf | 61 |
| Meteorite AND Crystal | Exh. 2 - Part 5.pdf | 75 |
| Najor Cookware Limited | Exh. 2 - Part 5.pdf | 87 |
| NIM_Store | Exh. 2 - Part 5.pdf | 97 |
| Ningbo Haishu Goodsale Imp.& Exp. Co., Ld. | Exh. 2 - Part 5.pdf | 113 |
| Qingdao Aroma Home Products Co., Ltd. | Exh. 2 - Part 5.pdf | 123 |
| Quzhou Homa Household Co., Ltd. | Exh. 2 - Part 5.pdf | 138 |
| ruiningshanghang | Exh. 2 - Part 5.pdf | 150 |
| rurukiller shop | Exh. 2 - Part 5.pdf | 176 |
| sfbpp88 | Exh. 2 - Part 5.pdf | 189 |
| Shaanxi Jialong Houseware Co., Ltd. | Exh. 2 - Part 5.pdf | 203 |
| Shantou Borong Toys Co., Limited | Exh. 2 - Part 5.pdf | 214 |
| Shantou Weile Trading Co., Ltd. | Exh. 2 - Part 6.pdf | 1 |
| Shenzhen Bloom Technology Co., Ltd. | Exh. 2 - Part 6.pdf | 17 |
| Shenzhen Bobotel Technology Dev.co,ltd. | Exh. 2 - Part 6.pdf | 28 |
| Shenzhen Heng Chong Zhichuang Trade Co., L | Exh. 2 - Part 6.pdf | 42 |
| Shenzhen Longhua District Meiwang Meidian E | Exh. 2 - Part 6.pdf | 63 |
| Shenzhen Tian Xin technology co., LTD | Exh. 2 - Part 6.pdf | 78 |
| Shenzhen Xinaixin Crafts Co., Ltd. | Exh. 2 - Part 6.pdf | 99 |
| Sichuan Lantu Culture Technology Co., Ltd. | Exh. 2 - Part 6.pdf | 111 |
| Smoking Timing | Exh. 2 - Part 6.pdf | 123 |
| stracean | Exh. 2 - Part 6.pdf | 130 |
| Surprise First Shop | Exh. 2 - Part 6.pdf | 149 |
| susushop126 | Exh. 2 - Part 6.pdf | 156 |
| TENGYUSHANGMAO | Exh. 2 - Part 6.pdf | 163 |
| The Tea and Coffee House | Exh. 2 - Part 6.pdf | 177 |
| Tianjin Quanqi Candle Wicks Co., Ltd. | Exh. 2 - Part 6.pdf | 189 |
| TongFaWangLuo | Exh. 2 - Part 6.pdf | 202 |
| Top Ace Development Limited | Exh. 2 - Part 6.pdf | 217 |
| UniCoko | Exh. 2 - Part 7.pdf | 1 |
| walkman28 | Exh. 2 - Part 7.pdf | 14 |
| wangding-us | Exh. 2 - Part 7.pdf | 18 |
| Wenzhou Lvyuan Arts And Crafts Co., Ltd. | Exh. 2 - Part 7.pdf | 31 |
| Wenzhou Zhonggao Crafts & Gifts Co., Ltd. | Exh. 2 - Part 7.pdf | 44 |
| Winrayk | Exh. 2 - Part 7.pdf | 58 |
| WinsDecor.PartyXO | Exh. 2 - Part 7.pdf | 76 |

| Storename | Located in file | Starting Page |
|---|---|---|
| wuzhon5 | Exh. 2 - Part 7.pdf | 96 |
| xgh387 | Exh. 2 - Part 7.pdf | 107 |
| Xiamen Hojoy Import&export Co., Ltd. | Exh. 2 - Part 7.pdf | 123 |
| yangxinxianjiuhaoyundianzishangwushanghang | Exh. 2 - Part 7.pdf | 136 |
| Yiwen (Tianjin) International Trade Co., Ltd. | Exh. 2 - Part 7.pdf | 151 |
| Yiwu Dizhou E-Commerce Firm | Exh. 2 - Part 7.pdf | 168 |
| Yiwu Jianyu Imp And Exp Co., Ltd. | Exh. 2 - Part 7.pdf | 189 |
| Yiwu Tangchu Baking Co., Ltd. | Exh. 2 - Part 7.pdf | 206 |
| Yiwu Wenxu Jewelry Co., Ltd. | Exh. 2 - Part 7.pdf | 221 |
| Zhengzhou Danqingyin Paper Products Co., Ltd | Exh. 2 - Part 8.pdf | 1 |
| Zhongshan Xin Patu Lighting Co., Ltd. | Exh. 2 - Part 8.pdf | 21 |
| zihua1-hengzhf22 | Exh. 2 - Part 8.pdf | 35 |













**Product information**

Technical Details

| | |
|---|---|
| Brand | MJTJZAVH |
| Color | Appearance orange |
| Item Weight | 0.52 Kilograms |
| Number of Items | 10 |
| Are Batteries Included | No |
| Material | Beeswax Soy Wax |
| Model Name | Aromatherapy candles |
| Unit Count | 10.0 Count |
| Manufacturer | zhangyiting |
| Part Number | RIV001 |
| Item Weight | 1.14 pounds |
| Product Dimensions | 3.15 x 3.15 x 3.94 inches |
| Item model number | R01 |
| Assembled Height | 10 centimeters |
| Assembled Length | 8 centimeters |
| Assembled Width | 8 centimeters |
| Batteries Included? | No |

Additional Information

| | |
|---|---|
| ASIN | B0CYBV5NLM |
| Date First Available | March 18, 2024 |

Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?** ⌄































| Pattern | Cartoon |
|---------|---------|

**About this item**

- 3d Printed Socks Eliminate The Need To Sort And Pair-Up,Suit For Men'S Sandals, Boots,Sneakers,Running Shoes And Dress Or Formal Shoes.

- This Super Comfy Sock Is The One You'Ll Find Yourself Reaching For Every; Wear To Work, On A Date, Or Lounging Around The House! Novelty Gifts For Groomsmen, Housewarming Or For Your Beloved Ones In Holidays, Like Father Day, Christmas ,Thanksgiving And Etc.

- Suitable For Men¡¯s Boots, Sneakers, Sandals, Running Shoes, Dresses Or Dress Shoes. Stylish Socks Can Be Worn With Casual Jeans, School Uniforms, Weddings, Formal Wear And Business Dresses. High Strength, Durable, No Repeated Deformation And Fading After Repeated Cleaning And Wearing. Eliminate The Need For Pairing And Sorting!

- Innovative Socks May Be The Perfect Gift Choice For Those Who Love You In Holiday, Such



- Suitable For Men¡`s Boots, Sneakers, Sandals, Running Shoes, Dresses Or Dress Shoes. Stylish Socks Can Be Worn With Casual Jeans, School Uniforms, Weddings, Formal Wear And Business Dresses. High Strength, Durable, No Repeated Deformation And Fading After Repeated Cleaning And Wearing. Eliminate The Need For Pairing And Sorting!

- Innovative Socks May Be The Perfect Gift Choice For Those Who Love You In Holiday, Such As Crazy Socks Day, Father'S Day, Mother'S Day, Anniversary, Birthday, Weddings, Etc. Also Suitable For Work, Family, Sports And Other Casual Wear.

- Comfortably Fits Most Feet Up To Adult Or Kids Size.

∧ See less

Report an issue with this product or seller

















































5pcs Mini 3x3x3 cm Speed Magic Cubes

5pcs Mini 3x3x3 cm Speed Magic Cubes Puzzle Cube Sticker Adult Education Toys for Children

- HAVE FUN WITH THE CUBES: Scramble the colored squares on this addictive and multi-dimensional cube. Then twist, turn, and rotate to match up the colors.
- PACKAGE: 5 pieces mini cube puzzler











## Product information

| | |
|---|---|
| ASIN | B07SJ8M79D |
| Manufacturer recommended age | 3 years and up |
| Best Sellers Rank | #337,080 in Toys & Games (See Top 100 in Toys & Games) #846 in Puzzle Boxes |
| Department | unisex-child |
| Manufacturer | Amandaus |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Product Description

It's a great gift for people of all ages, it's can help people improve cognitive ability, in-crease intelligence and improves hand-eye coordination.

Children's intelligence cube third-order toy third-order magic cube smoothly initial learning speed twist twist eggs 3cm magic cube intelligence toy

Product material: plastic
Product Specification: 3X3X3CM

Product weight: 13g

Package include:
5 x mini cube

## Important information













amazon.com/gp/product/B0B6QZ6NTZ

Automotive › Replacement Parts › Body & Trim › Trim › Interior › Mirrors

Sponsored

Car Mirror Decor Mini Speed

AMIORO Car Mirror Decor Mini Speed Cube Hanging Ornament Cube Car Charms Accessories

the chain to adjust length, invoid to hit the glass when braking. And shake slightly when driving, which can well eliminate the driver's visual fatigue and increase safety.









Learn more

**About this item**

- UNIQUE SHAPE: Creative mini cube hanging accessories, made of high quality plastic, is definitely a unique car decoration accessories.
- IDEAL SIZE: 1.2*1.2 inch(3*3cm), don't worry about the size is too large, is designed perfect for hanging in the car. You can twine the chain to adjust length, invoid to hit the glass when braking. And shake slightly when driving, which can well eliminate the driver's visual fatigue and increase safety.
- A SMALL TOY TO PASS TIME: By solving a puzzle cube, You can improve your concentration, hand-eye combination, spatial thinking, and keep the mind sharp.
- MULTI-OCCASION USE: Just open the package and hang on your car. Not only suitable for universal vehicle, but also can be hanged on window, wall, door, etc. You family or friends will surely love the cute things if you give it as a gift to them!
- ORDER GUARANTEE: If you are not satisfied, you can make a free return or exchange through the Amazon return window within 30 days.

Report an issue with this product or seller

Ships from   AMIORO
Sold by   AMIORO
Returns   Eligible for Return, Refund or Replacement...
Payment   Secure transaction

See more

Add to List

Loungefly Peanuts Snoopy and Woodstock All Over Print Wallet
★★★★½ 559
$41.99 ✓prime

Sponsored ⓘ

LAOKUE 2 Pack Pads

























Candle Mould Silicone...

| $1.85 - $2.15 | $0.85 - $0.88 | $4.50 - $5.00 | $4.30 - $4.90 |
| Min. Order: 50 Pieces | Min. Order: 100 Pieces | Min. Order: 1 Set | Min. Order: 5 Sets |

Alibaba.com protects all orders placed and paid for on the Platform 🛡 Trade Assurance

## Key Attributes

Details of core businesses

| material | silicone |
| --- | --- |
| feature | sustainable, stored, eco-friendly |

Other Attributes

| home | Anhui, China |
| --- | --- |
| type | Cake utensils |
| Cake Tools Type | Decorating tips sets |
| brand | XINCHOUT |
| Model No. | XC230329-7 |
| Product Name | Home Decor Resin mold |
| Shape | Pyramid Shape |
| Material | Silicone |
| Application | Resin Epoxy, Candle Wax, Soap DIY Resin Craft |
| Package | opp bag |
| Style | Classic and Fashion |
| Logo | Customization is welcome |



















Fondant Molds 5 Rubik'S Cube Magic Ball-Like Bread Dough Silicone Molds Mousse Candle Molds













**Brand**      HFKASIV

**About this item**

- Material: Silicone Usage: Drop gum, pink decoration, ornaments, cakes, chocolate, etc
- Food grade silicone, environmentally friendly, easy to use, easy to maintain, will not deform or damage. The Fengdan chocolate type is heat-resistant in the temperature range of -40~445F. It can be safely used in microwaves, ovens, refrigerators, refrigerators, and dishwashers.
- Pour the desired material into the pattern, prepare it and let it cool completely. Compared to traditional hard cubic shapes, our silicon tray can easily release ice. Because it is very soft, just press the bottom of the silicon mold, and ice hockey balls and balls can easily fall off.
- This chocolate type can be used as a cake decoration, as well as for hard candy, soft candy, chocolate, polymer clay, resin (epoxy resin), wax, ice cube, and all types of formed clay.
- Various styles of molds are most suitable for adding exquisite and delicate decorations to cakes and baking. Most suitable for weddings, birthday parties, anniversaries, graduation ceremonies, and family gatherings. It also helps prepare for birthday parties, wedding showers, baby showers, Christmas, Thanksgiving, and more.

Report an issue with this product or seller

Add to List

(Oasis Supply)

Laminated Paper Twist Ties, 2000 Piece, Bulk with Dispenser Box, RE... 972
$18.99

Sponsored













































Trade Assurance Order Details

biz.alibaba.com/ta/detail.htm?spm=a2700.12336162.0.0.1d7865aaR...

## Order details

View contract

Order number: 206699294501029933     Order Date: 2024-03-27 18:39:42

**Supplier:**
Contact name:
**Baoding Mantong Bag Manufacturing Co., Ltd.**
Registered CN,Hebel,Baoding,No. 011 A3 Street, Baigou
company     New Town and Dao International Accessories
address:     City, Baoding City, Hebel Province
Company tel:
Company email: 2545356970@qq.com

**Buyer:**
**Chicago Wholesale Goods**
Contact name: John Harris
Registered company address: US,Illinois,
Company tel: 1-773-2977189
Company email: johnharris4543@gmail.com

## Product details

| No. | Product name | Product image | Spec/Specs | Quantity | Unit | Unit price | Total |
|-----|--------------|---------------|------------|----------|------|------------|-------|
| 1 | ladies shoulder small square bag fashion Colorful pu leather stitching Rubik's Cube bag messenger bag handbag for women | | Color: Colorful | 1.00 | Pieces | USD 8.4000 | USD 8.40 |
| | | | Product Description: - | | | | |

Product Quantity **1.00**     Total Product Price **USD 8.40**

## Shipment terms

| Shipping method | Shipping fee |
|-----------------|--------------|
| Express | USD 14.78 |

| Shipment date | Estimated Delivery Time | Ship from |
|---------------|------------------------|-----------|
| 7 days after full amount collected is credited | 10-15 working day(s) | CN |

| Carrier | Shipping address |
|---------|------------------|
| Parcels (Standard) Alibaba.com Logistics | Ines Harris,+1-2242566672, 300 S Wacker Dr.#2500 L21,Chicago,Illinois,United States of America,60606-6772 |
| Under the terms of the contract, the seller can not use other logistics providers. | |

Messenger 99+





















Weight                    2.4 ounces

**Item description from the seller**

Product name: Rubik's Cube smoke mill

Product size: 58mm

Product weight: 157g

Product material: Plastic (outside) + Zinc alloy (inside)

Include: 1pc

**beautiful-cup**

Visit store

100% Positive Feedback
25 items sold

Contact

♡ Save seller

📅 Joined Jan 2024

**Popular categories from this store**          See all

Collectibles    Health & Beauty

**Seller feedback** (1)

Verified purchase

● c***l (828)•   Past month

Exactly what I ordered. Thank you so much ⭐⭐⭐⭐⭐

La Roche-Posay EFFACLAR MAT Moisturizer 40ml Exp.06/2026 (#375261991368)

See all feedback





















**Key attributes**

Industry-specific attributes

| Material | Soy Wax |
|---|---|

Other attributes

| Place of Origin | Jiangsu, China |
|---|---|
| Brand Name | 56Healing |
| Model Number | 56H-SC-056 |
| Use | Weddings, Parties, Votive Candle, Home Decoration, Holiday, Bars, Yoga and Meditation |
| Occasion | Christmas, Father's Day, Easter, Thanksgiving, Wedding, New Year, Valentine's Day, Mother's Day |
| Handmade | Yes |
| Product name | Crystals scented candle |
| Size | 6.5*6.5*9cm |
| Color | White |
| Candle material | Soy Wax + Glass |













Trade Assurance Order Details

biz.alibaba.com/ta/detail.htm?spm=a2700.12336162.0.0.384965aa...

**Order details**

View contract

Order number: 2075928620010299333   Order Date: 2024-04-04 20:30:31

Supplier:

**Beijing 56 Healing Trading Co., Ltd.**
Contact name: Felix Wang
Registered   CN.Beijing.Beijing.Room 210, Floor 2,
company      Building 5, No.56 Xiaguan, Dongzhimenwai
address:      Street, Chaoyang District, Beijing
Company tel: 0086-010-64001234
Company email: felix@56healing.com

Buyer:

**Chicago Wholesale Goods**
Contact name: John Harris
Registered company address: US,Illinois,
Company tel: 1-773-2977189
Company email: johnharris4543@gmail.com

**Product details**

| No. | Product name | Product image | Spec/Specs | Quantity | Unit | Unit price | Total |
|-----|--------------|---------------|------------|----------|------|------------|-------|
| 1 | Hot Sell Wholesale Rubik S Cube Scented Luxury Candle Gift Print Customize Handmade Wedding Birthday Item Chakras Scented Candle | | Color: tumbled stones | 1.00 | Pieces | USD 10.0000 | USD 10.00 |
| | | | Product Description: - | | | | |

Product Quantity **1.00**   Total Product Price **USD 10.00**

**Shipment terms**

| Shipping method | Shipping fee |
|-----------------|--------------|
| Express | USD 7.23 |

| Shipment date | Estimated Delivery Time | Ship from |
|---------------|-------------------------|-----------|
| 7 days after full amount collected is credited | 10-15 working day(s) | CN |

| Carrier | Shipping address |
|---------|------------------|
| Parcels (Standard) Alibaba.com Logistics  Under the terms of the contract, the seller can not use other logistics providers. | Winford Harris,+1-2242566672, 300 S Wacker Dr,#2500 L68,Chicago,Illinois,United States of America,60606-6772 |

Messenger 99+



Trade terms

DAP:When the goods arrive at the destination place, you need to unload the goods and do the import customs clearance, and pay the import duty as well as any other destination port fees.

Payment terms

| Payment method | Order total | Tax ⓘ | Amount due |
|---|---|---|---|
| VISA ⬤ mastercard T/T P PayPal ⓹Pay ⓹Pay Online Transfer | USD 17.23 | USD 1.03 Tax details | USD 18.26 |

Trade Assurance terms

Trade Assurance
- The buyer will be eligible for a refund if you do not ship the goods on time.
- If the product quality does not match the contract or the supplier did not ship the products on time, you can request a refund within 60 days of delivery.

Order notes

-

Protections for this order

**On-time Dispatch Guarantee** Alibaba.com Logistics
Dispatched within 7 days of payment or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with 🛡 Trade Assurance









































































Features:
1. Improve technique: It is a tool to help improve golf technique. It can help you better control the movement of your wrist and make the putting movement more stable and accurate.
2. Suitable for golfers of all levels: Whether you are a beginner or a professional player, this wrist brace can help you improve your skills. For beginners, it provides a solid wrist workout; for experienced players, it provides subtle technique adjustments.
3. Easy to carry: small, lightweight and easy to carry, you can practice anytime and anywhere. It is an ideal tool for practicing putting and improving your game performance.
4. Easy to use: Just a simple installation to start using the device. It provides intuitive guidance on correct wrist motion, allowing you to focus on practicing your putting rather than worrying about technical issues.
5. High quality: Made of high-quality materials, it is sturdy and durable and can resist the wear and tear that may be encountered in daily use.
Specification:
Material:EVA sponge
Size:As shown in the picture
Color: blue, red
Usage: Suitable for a variety of scenarios, used by people of all ages who play golf. It is suitable for both left and right hands. It helps to set and maintain the correct wrist

accurate.

2. Suitable for golfers of all levels: Whether you are a beginner or a professional player, this wrist brace can help you improve your skills. For beginners, it provides a solid wrist workout; for experienced players, it provides subtle technique adjustments.

3. Easy to carry: small, lightweight and easy to carry, you can practice anytime and anywhere. It is an ideal tool for practicing putting and improving your game performance.

4. Easy to use: Just a simple installation to start using the device. It provides intuitive guidance on correct wrist motion, allowing you to focus on practicing your putting rather than worrying about technical issues.

5. High quality: Made of high-quality materials, it is sturdy and durable and can resist the wear and tear that may be encountered in daily use.

Specification:

Material:EVA sponge

Size:As shown in the picture

Color: blue, red

Usage: Suitable for a variety of scenarios, used by people of all ages who play golf. It is suitable for both left and right hands. It helps to set and maintain the correct wrist angle and assists in correcting wrong movements of turning the wrist when putting.

Package Includes:1pc

Notes:

Please allow 1-2cm error due to manual measurement.

Due to differences between monitors, images may not reflect the actual color of the item.



**NEW ITEMS**

5-165kg Finger Expander
Hand Grip Training Adjusta...
$12.12

*DataCaciques*
ERP, Listing, Data, Cross Selling





















Hover to zoom in

Share

## Key attributes

### Industry-specific attributes

| Product Type | Infinity Cube |
| --- | --- |
| Theme | / |

### Other attributes

| Place of Origin | Shandong, China |
| --- | --- |
| Type | Beech wood |
| Technique | Polishing+Painting |
| Style | modern minimalist |
| Use | Decompression toys |
| Regional Feature | Europe |
| Brand Name | Dr. Mu |
| Model Number | WJ-A0019 |
| Product Name | Infinity Cube Fidget Toy |
| Color | Log+Black |
| Size | 15*11.5*4.5CM |

**Protections for this product** >

⊘ Secure payments

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

⊡ Refund policy

Claim a refund if your order doesn't ship, is missing, or arrives with product issues

Alibaba.com protects all your orders placed and paid on the platform with 🛡 Trade Assurance















































Trade Assurance Order Details

biz.alibaba.com/ta/detail.htm?spm=a2700.12336162.0.0.1a8d65aar...

**Order details**

View contract

Order number: 2073739795010209933   Order Date: 2024-04-04 20:25:09

Supplier:                                          Buyer:

**Changzhou Mermei Industry Co., Ltd.**           **Chicago Wholesale Goods**
Contact name: Leo Guo                             Contact name: John Harris
Registered         CN,Jiangsu,Changzhou,No. 89 Hengshan    Registered company address: US,Illinois,
company            Road, Jintan District, Changzhou City    Company tel: 1-773-2977189
address:                                          Company email: johnharris4543@gmail.com
Company tel: 86-0519-82358629
Company email: leo@mermeihome.com

**Product details**

| No. | Product name | Product image | Spec/Specs | Quantity | Unit | Unit price | Total |
|-----|-------------|---------------|------------|----------|------|-----------|-------|
| 1 | Hot Sell Factory Price Wedding Birthday 3d Rubik Heart Shaped Bubble Scented Candle Handmade Scented Candle Private Label | | Color: Orange,Size: 7X7X7CM,Scents: Customized | 1.00 | Pieces | USD 4.4000 | USD 4.40 |
| | | | Product Description: - | | | | |
| | | | | Product Quantity **1.00** | | Total Product Price **USD 4.40** | |

**Shipment terms**

| Shipping method | Shipping fee | |
|-----------------|--------------|--|
| Express | USD $0.00 | |
| Shipment date | Estimated Delivery Time | Ship from |
| 60 days after full amount collected is credited | 10-15 working day(s) | CN |
| Carrier | Shipping address | |
| Seller's Shipping Method 1 | Wilton Harris,+1-2242566672, 300 S Wacker Dr,#2500 L67,Chicago,Illinois,United States of America,60606-6772 | |

Trade terms

Messenger  99+















**Key attributes**

Industry-specific attributes

| Design Style | Modern |
|---|---|
| Feature | Sustainable, Stocked |

Other attributes

| Occasion | Business Gifts |
|---|---|
| Place of Origin | Guangdong, China |
| Drinkware Type | Cups & Saucers |
| Brand Name | GOOD LIFE |
| Model Number | GL-115 |
| Volume | 300ml |
| Product name | Ceramic Coffee Cup |
| Color | Customized Color |
| Usage | Drinkware |
| Logo | Customized Logo Acceptable |













**Order details**

View contract

Order number: 204670455501029933    Order Date: 2024-03-10 19:12:28

Supplier:

**Chaozhou Good Life Trading Co., Ltd.**
Contact name: Victor W
Registered    CN,Guangdong,Chaozhou,No. 2, 5th Lane,
company     North Section, Dongxing 2nd District,
address:    Dongxiang Village, Fuyang Town
Company tel: 86-0768-15697686658
Company email: goodlifetrading@163.com

Buyer:

**Chicago Wholesale Goods**
Contact name: John Harris
Registered company address: US,Illinois,
Company email: johnharris4543@gmail.com

**Product details**

| No. | Product name | Product image | Spec/Specs | Quantity | Unit | Unit price | Total |
|-----|-------------|---------------|------------|----------|------|-----------|-------|
| 1 | European Niche Design Ceramic Coffee Cup Set Modern Style High Appearance Advanced Sense Reusable Wine Afternoon Tea Rubik Cube | | Color: A | 1.00 | Pieces | USD 30.0000 | USD 30.00 |
| | | | Product Description: 1 pc/box | | | | |

Product Quantity **1.00**    Total Product Price **USD 30.00**

**Shipment terms**

| Shipping method | Shipping fee |
|-----------------|--------------|
| Multimodal transport | USD 19.26 |

| Shipment date | Estimated Delivery Time | Ship from |
|---------------|------------------------|-----------|
| 15 days after full amount collected is credited | 30-45 working day(s) | CN |

| Carrier | Shipping address |
|---------|------------------|
| Ocean + Delivery US (Economy)  Alibaba.com Logistics | Hobert Harris,+1-2242566672, 300 S Wacker Dr.#2500 K23,Chicago,Illinois,United States of America,60606-6772 |
| Under the terms of the contract, the seller can not use other logistics providers. | |

Messenger 99+

