# Exhibit A

| Defendant/Seller Alias | Email Address |
|---|---|
| A2O8W2NW6BMUVV | 13829341161@163.com |
| Fan-Er | 16675575717@163.com |
| biaoganwangluokeji | 252005975@qq.com |
| TongFaWangLuo | a874337979@163.com |
| Surprise First Shop | aahph13@126.com |
| Shenzhen Tian Xin technology co., LTD | aileen5203@163.com |
| AMIORO | amioro@foxmail.com |
| EEG Store | amzhotseller2024@gmail.com |
| BAGESHANGHANG | bage008@outlook.com |
| aikouk4 | caikouluo@163.com |
| susushop126 | chuashail12@outlook.com |
| Meteorite AND Crystal | dengyaosen@sina.com |
| DUODUOM | duoduomi_business@163.com |
| Great US Great | greatusgreat@163.com |
| JieLuck3000 | gun9788@126.com |
| zihua1-hengzhf22 | heguan1484987@163.com |
| wangding-us | hmjh2023@163.com |
| heckney22 | huangingxi@outlook.com |
| jaime.g58 | jaime.gloversc@hotmail.com |
| candy.bean-4 | jiasi7868@163.com |
| letitia85 | letitia.kinney@hotmail.com |
| Gabcus | levanchung.hochiminh.q4@gmail.com |
| TENGYUSHANGMAO | lijiajia6@outlook.com |
| Foshanshi ruitemei shangmao Co., Ltd. | linglingaileen@hotmail.com |
| Amandaus | lvdongfang1971@outlook.com |
| The Tea and Coffee House | merle1685whu@gmail.com |
| WinsDecor.PartyXO | nguyenducthuan.keyone@gmail.com |

| | |
|---|---|
| NIM_Store | nguyenvuamzz1001@gmail.com |
| liuanxiaoludianzishangwuyouxiangongsi | nu21293@163.com |
| A3HIBGMNHYYPYS | paizhuih15@163.com |
| mark-shop-week | panyouzhuo3956@163.com |
| ruiningshanghang | ruinanshang2024@163.com |
| Jia De Hui DIY Molds Shop Store | sales8@hdssilicone.com |
| beautiful-cup | shaohenxia@163.com |
| stracean | stracean@163.com |
| walkman28 | taohuawu_46@outlook.com |
| UniCoko | unicoko@163.com |
| rurukiller shop | viruskiller9999@163.com |
| Smoking Timing | wurui86843296@163.com |
| wuzhon5 | wuzhong19378@126.com |
| sfbpp88 | xdhebg22@hotmail.com |
| xgh387 | xgh325824@163.com |
| JD-Concept | xiamenmido@hotmail.com |
| Dinghuofire | xiusheze146@163.com |
| ChenJingDongUS | xzjingdong@163.com |
| Winrayk | yilan0687@hotmail.com |
| yangxinxianjiuhaoyundianzishangwushanghang | zen6902@163.com |
| caitubaihuojigyb | zhuizhan5146826@163.com |