IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPIN MASTER LTD., a Canadian corporation, and SPIN MASTER TOYS UK LIMITED, a United Kingdom corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ANHUI XINGXUE MATERIAL TECHNOLOGY CO., LTD., et al.,<br><br>Defendants. | Case No. 24-cv-03532<br><br>**Judge Lindsay C. Jenkins**<br><br>**Magistrate Judge Heather K. McShain** |

### PLAINTIFFS' MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION AS TO CERTAIN DEFENDANTS

Plaintiffs Spin Master Ltd. and Spin Master Toys UK Limited ("Plaintiffs") hereby move this Honorable Court for entry of a Preliminary Injunction as to Defendant Nos. 1-55. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order ("TRO") entered May 4, 2024 [23]. In support of its Motion, Plaintiffs file herewith a Memorandum of Law and a further Declaration of Justin T. Joseph[1].

---

[1] On May 23, 2024, a Preliminary Injunction was entered against Defendant Nos. 56-104. [40]. Plaintiffs were previously unable to move for the entry of a preliminary injunction against Defendant Nos. 1-55 because Alibaba Group Holding Ltd. ("Alibaba") had not yet provided the email addresses for these Defendants and, therefore, Plaintiffs could not provide notice in accordance with the Temporary Restraining Order and Federal Rule of Civil Procedure 65(a)(1). On May 23, 2024, Alibaba provided Plaintiffs with the email addresses associated with Defendant Nos. 1-55

Dated this 28th day of May 2024.   Respectfully submitted,

/s/ Justin T. Joseph
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Trevor C. Talhami
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
ttalhami@gbc.law

*Counsel for Plaintiffs Spin Master Ltd. and Spin Master Toys UK Limited*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 28th day of May 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

      /s/ Justin T. Joseph
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Trevor C. Talhami
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
ttalhami@gbc.law

*Counsel for Plaintiffs Spin Master Ltd. and Spin Master Toys UK Limited*