# Exhibit A

| Defendant/Seller Alias | Email Address |
| --- | --- |
| Chengdu Andrey Trade Co., Ltd. | 1330782231@QQ.COM |
| Dongguan Dumo Baby Products Co., Ltd. | 13553825574@139.com |
| Guangzhou Huaya Biotechnology Co., Ltd. | 13697492888@139.com |
| Chaozhou Hancai Paper Plastic Packaging Co., Ltd | 13829001456@139.com |
| Huizhou Renshan Silicone Products Co., Ltd. | 18927308520@139.com |
| Hunan Caiyi Photoelectric Technology Co., Ltd | 2062208573@qq.com |
| Xiamen Hojoy Import&export Co., Ltd. | 2179134496@qq.com |
| Mayco (Fujian) Group Ltd. | 2256488097@qq.com |
| Shenzhen Longhua District Meiwang Meidian Electronics Factory | 2404543770@qq.com |
| Baoding Mantong Bag Manufacturing Co., Ltd. | 2545356970@qq.com |
| Shantou Borong Toys Co., Limited | 2827885197@qq.com |
| Yiwen (Tianjin) International Trade Co., Ltd. | 304920084@qq.com |
| Dongguan Jiule Bussiness Limited Company | 3429939131@qq.com |
| Quzhou Homa Household Co., Ltd. | 3472332@qq.com |
| Yiwu Dizhou E-Commerce Firm | 591717736@qq.com |
| Top Ace Development Limited | admin@acebond.net |
| Hebei Science Wax Industry Co., Ltd. | admin@sciencewax.com |
| Henan Posision Industrial Co., Ltd. | alex@posision.com |
| Fujian Dehua County Wanliyang Ceramics Co., Ltd | alibaba60945@20130722.com |
| Yiwu Wenxu Jewelry Co., Ltd. | behoney1985@outlook.com |
| Chengdu Aromaart Biotech Co., Ltd. | cdxfsw@126.com |
| Sichuan Lantu Culture Technology Co., Ltd. | chenlany23@163.com |
| Shenzhen Heng Chong Zhichuang Trade Co., Ltd. | chesbung@163.com |
| Cao County Mingrui Handicraft Factory | cxmingrui@163.com |
| Shantou Weile Trading Co., Ltd. | dany@welooktoys.com |
| Hebei Kelaisi Crafts Co., Ltd. | east3@huamingcandle.com |

| | |
|---|---|
| Dongguan Sumyoung Jewelry Co., Ltd. | elena@sumyoungjewelry.com |
| Yiwu Tangchu Baking Co., Ltd. | ellazhou@tbaking.com |
| Ningbo Haishu Goodsale Imp.& Exp. Co., Ld. | ellenkim@nb-goodsale.cn |
| Beijing 56 Healing Trading Co., Ltd. | felix@56healing.com |
| Yiwu Jianyu Imp And Exp Co., Ltd. | felix@jianyutrade.com |
| Chengdu Shangyang Trading Co., Ltd. | frame-house@163.com |
| Zhengzhou Danqingyin Paper Products Co., Ltd. | fxiaog2005@hotmail.com |
| Chaozhou Good Life Trading Co., Ltd. | goodlifetrading@163.com |
| Dongguan Heitaoyi Rubber & Plastic Products Co., Ltd. | heitaoyi01@outlook.com |
| Qingdao Aroma Home Products Co., Ltd. | info87@qdaromahome.com |
| Shaanxi Jialong Houseware Co., Ltd. | jialong@jlcandle.cn |
| Chengdu Kavis Technology Co., Ltd. | kvs2017@aliyun.com |
| Changzhou Mermei Industry Co., Ltd. | leo@mermeihome.com |
| Fuzhou Goopool Technology Co., Ltd. | lizzy@gooplastic.com |
| Dongguan Huan Lin Magnetic Industry Co., Ltd. | magnet-sale@dghuanlin.com |
| Hebei Supercandle Trading Co., Ltd. | malinta1399@sina.com |
| Hangzhou Xiangtong Magnetic Products Co., Ltd. | marie-wong@hzxtmagnet.com |
| Shenzhen Bloom Technology Co., Ltd. | sabrina@szbloom.com |
| Shenzhen Bobotel Technology Dev.co,ltd. | sales@360bh.com |
| Wenzhou Zhonggao Crafts & Gifts Co., Ltd. | sales@gocoolbag.com |
| Kong Seng Ltd. | sales@kongsengltd.com |
| Najor Cookware Limited | sales@najorcookware.com |
| Zhongshan Xin Patu Lighting Co., Ltd. | sales01@xptlighting.com |
| Jinhua Dongyi Industry And Trade Co., Ltd. | sales1@cnjhdy.com |
| Guangdong Yongjun Technology Industrial Co., Ltd. | sales8@yjcube.com |
| Tianjin Quanqi Candle Wicks Co., Ltd. | sherrygao1013@gmail.com |
| Shenzhen Xinaixin Crafts Co., Ltd. | xaxcrystal@qq.com |
| Anhui Xingxue Material Technology Co., Ltd. | xinchout_resinmold@163.com |

| Wenzhou Lvyuan Arts And Crafts Co., Ltd. | yangpengli2020@163.com |