# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SPIN MASTER LTD., a Canadian corporation, and SPIN MASTER TOYS UK LIMITED, a United Kingdom corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ANHUI XINGXUE MATERIAL TECHNOLOGY CO., LTD., et al.,<br><br>Defendants. | Case No. 24-cv-03532<br><br>**Judge Lindsay C. Jenkins**<br><br>**Magistrate Judge Heather K. McShain** |

## DECLARATION OF JUSTIN T. JOSEPH

I, Justin T. Joseph, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiffs Spin Master Ltd. and Spin Master Toys UK Limited ("Plaintiffs" or "Spin Master"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On May 23, 2024, Alibaba Group Holding Ltd. ("Alibaba"), pursuant to the entry of the Temporary Restraining Order [23], provided Plaintiffs with the email addresses associated with Defendant Nos. 1-55.

3. **Exhibit 1** attached hereto is a true and correct copy of unpublished decisions cited in Plaintiffs' Memorandum.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 28th day of May 2024 at Chicago, Illinois.

/s/ Justin T. Joseph
Justin T. Joseph
*Counsel for Plaintiffs Spin Master Ltd. and Spin Master Toys UK Limited*