UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPIN MASTER LTD., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE PARTNERSHIPS AND )<br>UNINCORPORATED )<br>ASSOCIATIONS IDENTIFIED ON )<br>SCHEDULE A, )<br>)<br>Defendants. | Case No. 24-CV-03532<br><br>Judge Lindsay C. Jenkins |

## **MOTION TO DISSOLVE PRELIMINARY INJUNCTION**

Defendants #4 Cao County Mingrui Handicraft Factory, #5 Changzhou Mermei Industry Co., Ltd., #8 Chengdu Andrey Trade Co., Ltd., #14 Dongguan Huan Lin Magnetic Industry Co., Ltd., #20 Guangzhou Huaya Biotechnology Co., Ltd., #43 Sichuan Lantu Culture Technology Co., Ltd., #45 Top Ace Development Limited, #46 Wenzhou Lvyuan Arts and Crafts Co., Ltd. (the "***Defendant Stores***") respectfully submit this Motion to Dissolve the Preliminary Injunction ("***PI***")entered by this Court on June 4, 2024 (Dkt. # 48).

The PI should be dissolved because Plaintiffs failed to offer this Court any argument or analysis of infringement or counterfeiting by Defendant Stores and there are serious doubts as to the propriety of the trademarks Plaintiffs rely on.

Submitted with this Motion is a Memorandum of Law in Support.

Dated: August 20, 2024                           Respectfully Submitted,

-1-

-2-

/s/ Wesley E. Johnson
Wesley E. Johnson
Goodman Tovrov Hardy & Johnson LLC
105 W Madison, Ste. 2300
Chicago, IL 60602
Telephone No.: (312) 752-4828
wjohnson@goodtov.com

## **CERTIFICATE OF SERVICE**

 The undersigned, an attorney, certifies that on August 20, 2024, I served a copy of the attached **MOTION TO DISSOLVE PRELIMINARY INJUNCTION**, on all parties who have appeared via ECF.

                 By:/s/ Wesley E. Johnson