**EXHIBIT A**

A. **Oxford English Dictionary:** Rubik('s) cube: a puzzle consisting of a cube seemingly formed by 27 smaller cubes, uniform in size but of various colours, each layer of nine or eight smaller cubes being capable of rotation in its own plane; the task is to restore each face of the cube to a single colour after the uniformity has been destroyed by rotation of the various layers. *Oxford University Press 1982*. **See attached.**

B. **Encyclopedia.com:** Rubik's cube is a toy puzzle designed by Erno Rubik during the mid-1970s. It is a cube-shaped device made up of smaller cube pieces with six faces having differing colors…The Rubik's cube appears to be made up of 26 smaller cubes. In its solved state, it has six faces, each made up of nine small square faces of the same color. (Rubiks Cube | Encyclopedia.com)

C. **Britannica.com:** Rubik's Cube, toy, popular in the 1980s, that was designed by Hungarian inventor Erno Rubik. Rubik's Cube consists of 26 small cubes that rotate on a central axis; nine coloured cube faces, in three rows of three each, form each side of the cube. When the cube is twisted out of its original arrangement, the player must then return it to the original configuration—one among 43 quintillion possible ones. (https://www.britannica.com/topic/Rubiks-Cube)

D. **Academic Articles that discuss Rubik's Cube, but do not use any other word for it.**

a. Oriel Bergig, Eyal Soreq, Nate Hagbi, Kirill Pevzner, Nati Levi, Shoham Blau, Yulia Smelansky, and Jihad El-Sana. 2011. Out of the cube: augmented Rubik's cube. International Journal of Computer Games Technology 2011 (2011), 2–2. https://doi.org/10.1155/2011/570210

b. Dore, Rebecca A., Smith, Eric D., Lillard, Angeline S., Children Adopt the Traits of Characters in a Narrative, *Child Development Research*, 2017, 6838079, 16 pages, 2017. https://doi.org/10.1155/2017/6838079 "Adults adopt the traits of characters in narratives, but little is known about whether children do so. In Study 1, 7- and 10-year-olds ($N = 96$) heard a 2.5-minute recording about a professor or cheerleader. Reporting higher engagement in the professor narrative related to more time playing with an analytical toy (a Rubik's cube), whereas reporting higher engagement in the cheerleader narrative related to less time playing with Rubik's cube.

c. Johnson CG. Solving the Rubik's cube with stepwise deep learning. *Expert Systems*. 2021; 38:e12665. https://doi.org/10.1111/exsy.12665

E. Plaintiffs' web site. The website incorporated by reference by Plaintiffs in the complaint, rubiks.com (*See* Complaint ¶20) is devoid of any mention of a Rubik's Cube as anything other than a Rubik's Cube. They use no other name

for the puzzle. For example, their publication "You can do the Rubik's Cube",

attached, only refers to the puzzle as a Rubik's Cube".

Case: 1:24-cv-03532 Document #: 76-1 Filed: 08/20/24 Page 4 of 44 PageID #:2302

Oxford University Press, Walton Street, Oxford OX2 6DP
London  Glasgow  New York  Toronto
Delhi  Bombay  Calcutta  Madras  Karachi
Kuala Lumpur  Singapore  Hong Kong  Tokyo
Nairobi  Dar es Salaam  Cape Town
Melbourne Auckland
and associates in
Beirut  Berlin  Ibadan  Mexico City  Nicosia

© Oxford University Press 1982

Published in the United States by
Oxford University Press, New York

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise, without
the prior permission of Oxford University Press

British Library Cataloguing in Publication Data
A Supplement to the Oxford English Dictionary
Vol. 3: O–Scz
1. English language–Dictionaries
I. Burchfield, R. W.
II. The Oxford English Dictionary
423  PE 1625

ISBN 0–19–861124–2

Library of Congress Cataloging in Publication Data (Revised)
Main entry under title:
A Supplement to the Oxford English dictionary.
CONTENTS: v. 1. A–G.—v. 2. H–N.—v. 3. O–Scz.
1. English language—Dictionaries.  I. Burchfield, Robert W.
II. Title: Oxford English dictionary.
PE1625.N53  1933 Suppl.  423  82–6411
ISBN 0–19–861115–3 (v. 1)  AACR2

Typesetting by the University Press, Oxford, William Clowes & Sons Ltd., Beccles, and Latimer Trend Ltd., Plymouth
Printed in Great Britain by
Thomson Litho Ltd., East Kilbride, and bound at the University Press, Oxford

**Rubik** (rū·bik). [The name of E. *Rubik*, Hungarian teacher, who patented the puzzle in Hungary in 1975.] *Rubik('s) cube*: a puzzle consisting of a cube seemingly formed by 27 smaller cubes, uniform in size but of various colours, each layer of nine or eight smaller cubes being capable of rotation in its own plane; the task is to restore each face of the cube to a single colour after the uniformity has been destroyed by rotation of the various layers.

**1980** D. E. TAYLOR (*title*) Rubik's cube.  **1980** D. SINGMASTER *Notes Rubik's 'Magic Cube'* (ed. 5) p. i, This edition has been retitled since the Magic Cube is now being sold as Rubik's Cube. *Ibid.* 37 Ideal [*sc.* the Ideal Toy Corp.] has renamed the cube as 'Rubik's Cube' on the grounds that 'magic' tends to be associated with magic.  **1981** *Sci. Amer.* Mar. 14/1 Büvös Kocka—the Magic Cube, also known as Rubik's Cube—has simultaneously taken the puzzle world, the mathematics world and the computing world by storm.  **1981** *Bookseller* 4 July 45/1 Rubik's cube is the latest game/puzzle aimed at driving both parents and children to madness.  **1981** *Daily Tel.* 9 July 14/1 Those who in recent months have been driven potty by the clicking of the intellectual's worry beads, the multi-coloured and multi-faceted Rubik Cube, will be glad to know that help has arrived.

‖ **rubinetto** (rūbine·to). *rare* [It.] A tap



# YOU CAN DO THE RUBIK'S CUBE

## Solution Guide





# HOW TO USE THIS GUIDE

■ You will be learning the layered method to solve the Rubik's® Cube. After you learn this method, you can add speed cubing moves when you are ready.

■ Throughout the guide you will see this symbol to indicate helpful tips. Take the time to read the tips closely.



■ The gray areas on the Rubik's Cube mean that at the stage you are working on, the color of the gray pieces doesn't matter.



# TIPS FOR SUCCESS

- Mindset is critical - learning to solve the Rubik's Cube is difficult but if you persevere, you CAN solve the Rubik's Cube.

- Keep the Rubik's Cube on a table to maintain the same front face for an entire algorithm (sequence of moves).

- Think of the algorithms as moving a piece out of the way, setting up its correct position, and then moving the piece into that place.

- Master one layer by re-scrambling your Rubik's Cube and practicing multiple times before moving on to the next layer. (Note: When solving the last layer, you can scramble just the top by applying the algorithm on page 12).

- Learn songs and chants to help you memorize the algorithms.

- Place a small sticky note on the piece of the Rubik's Cube you are moving so you can follow its path. Consider taking a video while you do this and then watch the video.

- Use this guide along with the videos on Rubiks.com showing each solving stage.

# GET TO KNOW YOUR RUBIK'S CUBE

## LAYERS

There are three horizontal layers in a 3x3 Rubik's Cube.

Using this guide, you will solve the Rubik's Cube layer by layer.



**TOP LAYER**



**MIDDLE LAYER**



**BOTTOM LAYER**

## FACES

Each flat surface is a face.

There are 6 faces on a Rubik's Cube.

 

You can place your palm flat on a FACE.

## CENTERS

Center pieces have one colored tile.

There are 6 center pieces.

Center pieces are single tiles, fixed to the internal core.

When correctly solved, each face will be the color of its center piece.

 

You use one finger to touch a CENTER piece.

These center piece colors
are always opposite each other:



WHITE    opposite    YELLOW
BLUE     opposite    GREEN
ORANGE   opposite    RED

## EDGES

Edge pieces have two colored tiles.

There are 12 edge pieces.



You use two fingers to pinch an EDGE piece.

## CORNERS

Corner pieces have three colored tiles.

There are 8 corner pieces.

You use three fingers to touch all sides of a CORNER piece.

Case: 1:24-cv-03532 Document #: 75-1 Filed: 08/20/24 Page 12 of 44 PageID #:2310

# GET TO KNOW YOUR RUBIK'S CUBE

## FACE KEY

Each face is represented by a letter.

## ALGORITHM KEY

Moves used in this guide.

**U** =
UP
FACE





**U**



**U'**

**D** =
DOWN
FACE





**D**



**D'**

## MOTIONS

Think of the movements of these objects when you turn the faces.



7

## FACE KEY

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Each face is
represented by a letter.

## ALGORITHM KEY

Moves used in
this guide.

**L =
LEFT
FACE**







. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**R =
RIGHT
FACE**







## MOTIONS

Think of the movements
of these objects when
you turn the faces.



## FACE KEY

.........................................

Each face is
represented by a letter.

## ALGORITHM KEY

Moves used in
this guide.

 **F** =
**FRONT**
**FACE**







.........................................

**B** =
**BACK**
**FACE**







## MOTIONS

Think of the movements
of these objects when
you turn the faces.



- Each move is a **¼ TURN**.



- An **ALGORITHM** is a sequence of moves that you need to do in a specific order.

- When following the algorithms in this guide, it is important to maintain the **FRONT** face of your Rubik's Cube so it stays the **FRONT** through all of the turns.

- If there is a **2** next to the algorithm letter, turn the face twice.



- A turn is clockwise when looking at that face directly. A letter with an apostrophe (') after it means to make an inverse or counterclockwise turn of the face.








# RUBIK'S CUBE SOLUTION GUIDE

This 3x3 solution guide is divided into three stages as seen below.

## SOLVE LAYER ONE

## SOLVE THE MIDDLE LAYER

## SOLVE THE FINAL LAYER

Now... let's get solving!

Case: 1:24-cv-03532 Document #: 76-1 Filed: 08/20/24 Page 17 of 44 PageID #:2315

# STEP 1: CREATE A DAISY



## HOLDING YOUR RUBIK'S CUBE

Begin by holding your Rubik's Cube with the **YELLOW CENTER** piece on the **UP (U)** face.



UP FACE

## Action 1

Look at the top layer to locate the EDGE pieces that have a WHITE tile. Leave them where they are.

See example to the right and notice that at this stage it is okay if the white tile is not touching the **YELLOW CENTER** piece.



FRONT FACE

## Action 2

Look at the middle layer. Move **EDGE** pieces that have a **WHITE** tile from the **MIDDLE** layer into the top layer.



FRONT FACE          FRONT FACE



**TIP ON NEXT PAGE**



## BE CAREFUL NOT TO BUMP OUT THE WHITE EDGES ALREADY IN THE DAISY.

Rotate the **UP (U)** face to move a white edge out of the way before moving another white edge into the daisy.



FRONT FACE



FRONT FACE · U' · **Then...** · FRONT FACE · F'

## Action 3

Look at the bottom layer. Move **EDGE** pieces that have a **WHITE** tile from the **BOTTOM** layer into the top layer.

*Don't forget the previous tip about bumping.*



FRONT FACE



F2



TIP ON NEXT PAGE



**SOMETIMES, WHEN YOU PLACE THE EDGE IN THE TOP LAYER, THE WHITE TILE IS NOT ON THE UP FACE AND IT NEEDS TO BE "FLIPPED".**



### Holding your Rubik's Cube

To "flip the edge," so the **White** tile is on the **UP** face, hold your Rubik's Cube so the edge that needs to be flipped is on the **RIGHT** (R) face.

Follow this algorithm.



FRONT FACE



R'



U



F'

When your Rubik's Cube has a daisy that looks like this picture, you can move to **Step 2!**



## SOLVE LAYER ONE

# STEP 2: CREATE A WHITE CROSS WITH MATCHED EDGES AND CENTER PIECES

## HOLDING YOUR RUBIK'S CUBE

Begin by holding your Rubik's Cube with the daisy on the **UP (U)** face. Look at the **FRONT** face of the Rubik's Cube.



UP FACE

### Action 1

If the **FRONT** tile of the UP edge piece matches the **CENTER** tile color, go to Action 2 on page 16.

If not, turn the **Up (U)** face until it does.



FRONT FACE



U



OR



U'



=



FRONT FACE

15

## Action 2

Turn the **FRONT** face two times
**(F2)** so that the **WHITE** tile is now
on the **DOWN (D)** face.

 

---

## Action 3

Repeat **Action 1 & 2** for each **WHITE** edge.

---

## Action 4

Once all 4 edges have been correctly placed, flip
your Rubik's Cube over to see the WHITE cross
(with matching edge tiles on the **RED**, **BLUE**,
**ORANGE** and **GREEN** faces).

When your Rubik's Cube has a
white cross with the center and
edge pieces matched, like this
picture, you can move to Step 3!



SOLVE LAYER ONE

## SOLVE LAYER ONE

# STEP 3: SOLVE THE WHITE CORNERS

## HOLDING YOUR RUBIK'S CUBE

Begin by holding your Rubik's Cube with the white cross on the **UP (U)** face.



UP FACE

## CORRECT PLACEMENT

The correct placement of a corner piece is between center pieces with the same colors. Notice on the image how a red/blue/white corner goes between the red, blue, and white center pieces.





## Action 1

Locate a corner piece with a WHITE tile in the bottom layer.

If your corner piece is in any of these positions then go to Action 2 on page 19 the next page.

  



*If your corner piece is in the top layer but not in the correct location then see the tip below.*



**TO GET A CORNER WITH A WHITE TILE FROM THE TOP LAYER TO THE BOTTOM LAYER:**



FRONT FACE



R'



D'



R

## SOLVE LAYER ONE

# STEP 3: SOLVE THE WHITE CORNERS

### Action 2

Rotate the DOWN (D) face until the corner is between the two matching colored center tiles.

*See 'Correct Placement' note on previous page and images below.*





**D**



FRONT FACE    OR    FRONT FACE    OR    FRONT FACE

## Action 3

Keeping the white cross on the UP (U) face, hold your Rubik's Cube so the WHITE tile is on the FRONT face.

*If the WHITE tile is on the bottom, see the tip below.*



FRONT FACE



### TO CHANGE A WHITE TILE FROM FACING DOWN TO FACING FRONT:

1. Hold your Rubik's Cube with the corner on the **RIGHT** face.
2. Follow this algorithm.



FRONT FACE



**F**



**D'**



**F'**



**D2**

**CONTINUE TO NEXT PAGE** ❯ ❯ ❯

## Action 4

**If the WHITE tile is on the LEFT**



Follow the algorithm below.






Notice: **D** moves the corner piece out of the way, **L** brings its corner position down, **D'** moves it into place and then **L'** brings it up to the top layer.

 **Action 4**

**If the WHITE tile is on the RIGHT**




Follow the algorithm below.






Notice: **D'** moves the corner piece out of the way, **R'** brings its corner position down, **D** moves it into place and then **R** brings it up to the top layer.

## Action 5

Continue **Actions 1-4** on the previous page until all white corner pieces are in the correct positions.

When your Rubik's Cube looks like the picture here, you have one-third solved and you can now learn to solve the middle layer!



# CONGRATULATIONS!

You have now solved layer one! Scroll on to solve the middle layer.



# SOLVE THE MIDDLE LAYER

## HOLDING YOUR RUBIK'S CUBE

Flip your Rubik's Cube over so the completed **WHITE** face is the **DOWN** face.



UP FACE

### Action 1

Choose a **FRONT** face. Rotate the **UP (U)** face to create a vertical line matching one of the pictures below.



FRONT FACE

FRONT FACE

FRONT FACE

FRONT FACE

FRONT FACE

FRONT FACE

FRONT FACE

FRONT FACE

If you can't match one of these pictures, pick another **FRONT** face until you can match one of the pictures.

*If you can't make any vertical lines, see tip on the next page.*



TIP ON NEXT PAGE

23



## IF YOU CAN'T MAKE A VERTICAL LINE TO MATCH A PICTURE BELOW:



FRONT FACE    FRONT FACE    FRONT FACE    FRONT FACE

FRONT FACE    FRONT FACE    FRONT FACE    FRONT FACE

## IF YOU CAN'T MAKE A VERTICAL LINE TO MATCH A PICTURE ABOVE:



FRONT FACE

You will need to swap an edge from the UP (U) face with an edge already in the middle layer.

- Look in the **MIDDLE** layer to locate a mismatched edge that doesn't have a yellow tile.

- Hold your Rubik's Cube so the mismatched edge in the middle layer is on the RIGHT face.

- Follow the algorithm 'Moving Right' on page 26.

- Now proceed to Action 1 on page 23.

Case: 1:24-cv-03532 Document #: 76-1 Filed: 08/20/24 Page 30 of 44 PageID #:2328

## Action 2 | Moving Left

If you're moving the edge piece
to the left, follow these moves:

   

   

*This algorithm places the edge piece next to its correct corner piece.*



   

*This algorithm brings the edge piece to the correct position in the middle layer.*



25

**OR** | **Action 2** Moving **Right**

# If you're moving the edge piece to the right, follow these moves:

   

   

**U** | **R** | **U'** | **R'**

*This algorithm places the edge piece next to its correct corner piece.*



FRONT FACE

   

**U'** | **F'** | **U** | **F**

*This algorithm brings the edge piece to the correct position in the middle layer.*



FRONT FACE

## Action 3

Continue **Actions 1-2** on the previous page until all **MIDDLE** layer pieces are in the correct positions.

When the two bottom layers of your Rubik's Cube look like this picture, you can move to solving the third layer. You are two-thirds of the way done!



# CONGRATULATIONS!

You have now solved the middle layer!

Scroll on to solve the final layer.



# SOLVE THE FINAL LAYER

# STEP 1: MAKE A YELLOW CROSS

## HOLDING YOUR RUBIK'S CUBE

Match your Rubik's Cube to one of the pictures below. Focus on the **YELLOW** edges on the **UP (U)** face only (not corners).



**Action 1**  Follow this algorithm.










TIP ON NEXT PAGE



Remember this algorithm as **FUR** says **U'R'F'**.



**Notice the first three moves go clockwise and the next three moves go counter-clockwise.**

If the **YELLOW** Cross is not formed yet, REMATCH your Rubik's Cube to one of the pictures in the 'Holding your Rubik's Cube' section above and follow the algorithm again.

When your Rubik's Cube looks like this picture, move on to the next step!



SOLVE THE FINAL LAYER

# STEP 2: ORIENT THE CORNERS

## HOLDING YOUR RUBIK'S CUBE

Hold your Rubik's Cube so the **UP (U)** face matches one of the images in the table below.

### If **one** corner piece is YELLOW

 

This saying may help: **'Feed the fish'**

Hold your Rubik's Cube so the fish can eat out of your **LEFT** hand.

### If **no** corner pieces are YELLOW



This saying may help: **'None - left'**

Hold your Rubik's Cube with a **YELLOW** tile on the **LEFT (L)** face.

### If **two** corner pieces are YELLOW

  

This saying may help: **'I see two, my left thumb's on you'**

Hold your Rubik's cube so that you can put your left thumb on the tile on the **FRONT (F)** face.

ALGORITHM ON NEXT PAGE 

## Action 1

Follow this algorithm.



**Notice the RIGHT (R) face turns in opposite directions every other time and the UP (U) face always turns clockwise.**

## Action 2

If you do not have all yellow tiles on the **UP (U)** face you will need to **REMATCH** and follow the algorithm. (You may need to do this multiple times.)

When your Rubik's Cube has all the YELLOW on the UP (U) face, like this picture, move to Step 3!



SOLVE THE FINAL LAYER

# STEP 3: POSITION THE YELLOW CORNERS

## HOLDING YOUR RUBIK'S CUBE

Hold your Rubik's Cube with the **YELLOW** on the **UP (U)** face.



UP FACE

### Action 1

Twist the **UP (U)** face until two corners are in the correct location. You will know they are in the correct location if the colored tiles match the center colors.



CORRECT CORNER EXAMPLE

## Action 2

Hold your Rubik's Cube so it matches one of the images here.

### Adjacent Corners (on the same face)

**CUBE ONE**



**FRONT FACE**



**BACK FACE**

**CUBE TWO**



**FRONT FACE**



**BACK FACE**

**CUBE THREE**



**FRONT FACE**



**BACK FACE**

**CUBE FOUR**



**FRONT FACE**



**BACK FACE**

### Diagonal Corners

**CUBE FIVE**

**CUBE SIX**





**FRONT FACE**

**BACK FACE**



### THINK OF CORRECTLY PLACED CORNERS AS TAIL LIGHTS.

Tail lights are in the back of a car. Hold your Rubik's Cube so the tail lights are on the **BACK** face before you start the algorithm.

**ALGORITHM ON NEXT PAGE** › › ›

**Action 3** Follow the algorithm below.

   

**R'**un to me **F**ast **R'**un to me **B**ack **B**ack

*After this part of the algorithm, the top of your Rubik's Cube will look like this:*

UP FACE



   

**R**un away **F'**ast **R'**un to me **B**ack **B**ack

*After this part of the algorithm, the top of your Rubik's Cube will look like this:*

UP FACE



 

**R**un **R**un away **U'**p



**CHANT**

The words underneath the turns are a chant to help you remember the algorithm.

34

## Action 4

If your corners are not correct at this point, rematch your Rubik's Cube to one of the images in Action 2 on page 33 and repeat the algorithm.

When your Rubik's Cube looks like this picture, move on to the final step!



# Continue to step 4: Position the Yellow Edges on the following page



# STEP 4: POSITION THE YELLOW EDGES

## HOLDING YOUR RUBIK'S CUBE

Hold your Rubik's Cube so the one face that is a solid color is the **BACK**, and the Yellow face is the **UP (U)** face.

If no face is a solid color, it doesn't matter which face is in the back.



**EXAMPLE**

**Action 1** Follow this algorithm up to 3 times to move the unsolved edges **CLOCKWISE / TO THE LEFT**.

 F2
 U
 L
 R'

 F2
 L'
 R
 U
 F2



**TIP ON NEXT PAGE**



**BEFORE STARTING THE ALGORITHM,** look at the unsolved edge on the FRONT face. Is it the same color as the center tile of the:

- **LEFT** face? Follow the algorithm above.

- **RIGHT** face? Change the two **U** turns to **U'**.



If you restart the algorithm, make sure a solved face starts as the **BACK** face of the Rubik's Cube.

When your Rubik's Cube looks like this picture, you have completed the final step!





# CONGRATULATIONS!

You have solved the Rubik's Cube!

# TRY A DIFFERENT CHALLENGE

**RUBIK'S MINI**  **RUBIK'S MASTER**

**RUBIK'S CUBE**

Available at: **RUBIKS.COM**

V1-EU-M-2020



## More resources available on Rubiks.com

Including videos for each stage

www.rubiks.com/solve-it

RUBIK'S TM & © Spin Master Toys UK Limited, used under license. All rights reserved.