

| Solution Guides | Products | History | News, Events & More |

# THERE'S A RUBIK'S FOR EVERYONE

Explore our products.

**Filter by Product Type**

CUBES    GAMES    BEYOND THE CUBE    BUNDLES    SPEED

**Filter by Challenge Level**

1    2    3    4    5



**3** Rubik's 3×3 Cube

**3** Rubik's Sensory Cube

**3** Rubik's Retro



| Solution Guides | Products | History | News, Events & More |
|---|---|---|---|


Rubik's Gridlock


Rubik's 2×2


Rubik's 4×4


Rubik's Phantom


Rubik's Race


Rubik's 5×5


Rubik's Coach Cube


Rubik's Impossible


Rubik's Disney 3×3









| Solution Guides | Products | History | News, Events & More |



Rubik's Cube It



Rubik's Edge



Rubik's Pyramid



Rubik's Color Block



Rubik's Snake



Rubik's Crystal



Rubik's Tower



Rubik's Cage



Rubik's Twist



| Solution Guides | Products | History | News, Events & More |
|---|---|---|---|



Rubik's Roll



Rubik's Speed



Rubik's Classic Bundle



Rubik's Duo Bundle



Rubik's Family Bundle



Rubik's Christmas Tree

---

Solution Guides  Rubik's Match

---

## JOIN THE RUBIK'S COMMUNITY

Email address     SUBSCRIBE

By submitting my name and email and selecting Sign Up, I agree to receive marketing emails containing information and offers with respect to products that may be of interest to me, including notification of sales, new products, special events, store promotions and other exclusive offers from Rubik's and the Spin Master group of companies. Please read our Privacy Policy for full details on how we use your information.





Solution Guides    Products    History    News, Events & More