Exhibit 1



GBC Attorney <attorney3@gbcinternetenforcement.net>

# Expedited Discovery Requests – Spin Master Ltd. et al v. The Partnerships, et al.; Case No. 24-cv-3532

**GBC Attorney** <attorney3@gbcinternetenforcement.net>                    Tue, May 28, 2024 at 12:34 PM
Bcc: 1330782231@qq.com, 13553825574@139.com, 13697492888@139.com, 13829001456@139.com,
18927308520@139.com, 2062208573@qq.com, 2179134496@qq.com, 2256488097@qq.com, 2404543770@qq.com,
2545356970@qq.com, 2827885197@qq.com, 304920084@qq.com, 3429939131@qq.com, 3472332@qq.com,
591717736@qq.com, admin@acebond.net, admin@sciencewax.com, alex@posision.com, alibaba60945@20130722.com,
behoney1985@outlook.com, cdxfsw@126.com, chenlany23@163.com, chesbung@163.com, cxmingrui@163.com,
dany@welooktoys.com, east3@huamingcandle.com, elena@sumyoungjewelry.com, ellazhou@tbaking.com, ellenkim@nb-
goodsale.cn, felix@56healing.com, felix@jianyutrade.com, frame-house@163.com, fxiaog2005@hotmail.com,
goodlifetrading@163.com, heitaoyi01@outlook.com, info87@qdaromahome.com, jialong@jlcandle.cn, kvs2017@aliyun.com,
leo@mermeihome.com, lizzy@gooplastic.com, magnet-sale@dghuanlin.com, malinta1399@sina.com, marie-
wong@hzxtmagnet.com, sabrina@szbloom.com, sales@360bh.com, sales@gocoolbag.com, sales@kongsengltd.com,
sales@najorcookware.com, sales01@xptlighting.com, sales1@cnjhdy.com, sales8@yjcube.com, sherrygao1013@gmail.com,
xaxcrystal@qq.com, xinchout_resinmold@163.com, yangpengli2020@163.com, jjoseph@gbc.law, ttalhami@gbc.law,
kkolis@gbc.law

The defendants operating the Seller Aliases listed in Schedule A to the Complaint are hereby advised:

Plaintiffs have charged Defendants with violations of United States federal and state laws prohibiting trademark
infringement and counterfeiting. A copy of the Complaint, Summons and other legal documents may be obtained from
Plaintiffs' attorney, Greer, Burns & Crain, Ltd., attorney@gbcinternetenforcement.net, 312.987.2928, and on this website.
http://gbcinternetenforcement.net/24-3532/

Pursuant to the TRO issued in this case, you are required to respond on an expedited basis to the discovery requests
posted on http://gbcinternetenforcement.net/24-3532/ within three business days.

Defendants are advised to seek U.S. legal counsel.

If you believe that you have been improperly linked to this case or received this email in error, promptly contact us
at attorney@gbcinternetenforcement.net so that we can further investigate your claim.  In order to investigate your claim,
you must provide us with the e-mail address associated with the PayPal, eBay, Amazon, Walmart, Wish.com, Temu,
and/or Alipay account and/or domain name that was suspended, and a list of all email addresses associated with that
account. In addition, please provide us with your store name and the URL.


--

attorney@gbcinternetenforcement.net

Greer, Burns and Crain
Chicago, Illinois 60606

---

**3 attachments**

📄 **First Set of Interrogatories to Defendant.pdf**
153K

📄 **First Set of Requests for Admissions to Defendant.pdf**
145K

📄 **First Set of Requests for the Production of Documents and Things to Defendant.pdf**
161K