Exhibit 5

## Rachel S. Miller

| | |
|---|---|
| **From:** | Trevor Talhami |
| **Sent:** | Tuesday, June 18, 2024 11:16 AM |
| **To:** | wjohnson@goodtov.com; bsolter@cbcounselor.com |
| **Cc:** | Justin Gaudio; Justin Joseph; Settlement Emails |
| **Subject:** | Cao County Mingrui Handicraft Factory, et al. - Settlement Demand - Spin Master 24-cv-3532; GBC 6211*155255 |
| **Attachments:** | Cao County Mingrui Handicraft Factory.pdf; Changzhou Mermei Industry Co., Ltd..pdf; Chengdu Andrey Trade Co., Ltd..pdf; Dongguan Huan Lin Magnetic Industry Co., Ltd..pdf; Guangzhou Huaya Biotechnology Co., Ltd..pdf; Sichuan Lantu Culture Technology Co., Ltd..pdf; Top Ace Development Limited.pdf; Wenzhou Lvyuan Arts And Crafts Co., Ltd..pdf |

Wesley,

Attached please find evidence pertaining to your client's stores Cao County Mingrui Handicraft Factory, Changzhou Mermei Industry Co., ltd., Chengdu Andrey Trade Co., ltd., Dongguan Huan Lin Magnetic Industry Co., ltd., Guangzhou Huaya Biotechnology Co., ltd., Sichuan Lantu Culture Technology Co., ltd., Top Ace Development Limited and Wenzhou Lvyuan Arts And Crafts Co., ltd. which is using the RUBIK'S Trademarks without authorization in connection with the offer for sale of toys, candles and wallpaper.

Our records indicate that this store is associated with one PayPal account and one Alipay account with a total of approximately $218,079 restrained. Please confirm.



Best regards,

Trevor

Trevor C. Talhami | ATTORNEY AT LAW



300 S. Wacker Dr. Suite 2500 | Chicago, IL 60606 | Direct: (312) 360.0080 | Main: (312) 360.0080 | Fax: (312) 360.9315 | www.gbc.law

CONFIDENTIALITY NOTE This electronic mail may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is intended to be for the use of the recipients named in this mail. If you are not an intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is without authorization and is prohibited. If you receive this electronic mail in error, please notify us by return electronic mail and destroy this mail immediately. Thank you for your cooperation.