# Exhibit 6

**Rachel S. Miller**

| | |
|---|---|
| **From:** | Justin Joseph |
| **Sent:** | Tuesday, July 9, 2024 12:35 PM |
| **To:** | wjohnson@goodtov.com |
| **Cc:** | bsolter@cbcounselor.com; Amy Ziegler; Justin Gaudio; Trevor Talhami; Allyson Martin |
| **Subject:** | Rule 26(f) Conference - Spin Master Ltd, et al. v. The Partnerships, et al. (24cv3532); GBC 6211*155255 |

Wesley,

Please let us know if you are available for a Rule 26(f) conference on Thursday, July 11, 2024 at 2:00pm CST. Please note that the Court has ordered us to submit an agreed fact discovery schedule by July 17, 2024.

Best regards,

Justin

Justin Joseph | ATTORNEY AT LAW



300 S. Wacker Dr. Suite 2500 | Chicago, IL 60606 | Direct: (312) 987.4009 | Main: (312) 360.0080 | Fax: (312) 360.9315 | www.gbc.law

CONFIDENTIALITY NOTE This electronic mail may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is intended to be for the use of the recipients named in this mail. If you are not an intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is without authorization and is prohibited. If you receive this electronic mail in error, please notify us by return electronic mail and destroy this mail immediately. Thank you for your cooperation.

1