Exhibit 7

## Rachel S. Miller

| | |
|---|---|
| **From:** | Justin Joseph |
| **Sent:** | Tuesday, July 16, 2024 7:25 PM |
| **To:** | Wesley Johnson |
| **Cc:** | Justin Gaudio; Amy Ziegler; Trevor Talhami; Allyson Martin |
| **Subject:** | Proposed Fact Discovery Schedule - Spin Mater Ltd., et al. v. The Partnerships, et al. (24cv3532); GBC 6211*155255 |

Wesley,

Your proposed changes are fine. Please add your signature block and we will file it tomorrow.

Best regards,

Justin

Justin Joseph | ATTORNEY AT LAW



300 S. Wacker Dr. Suite 2500 | Chicago, IL 60606 | Direct: (312) 987.4009 | Main: (312) 360.0080 | Fax: (312) 360.9315 | www.gbc.law
CONFIDENTIALITY NOTE This electronic mail may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is intended to be for the use of the recipients named in this mail. If you are not an intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is without authorization and is prohibited. If you receive this electronic mail in error, please notify us by return electronic mail and destroy this mail immediately. Thank you for your cooperation.

**From:** Wesley Johnson <wjohnson@goodtov.com>
**Sent:** Tuesday, July 16, 2024 3:14 PM
**To:** Justin Joseph <jjoseph@gbc.law>
**Cc:** Justin Gaudio <jgaudio@gbc.law>; Amy Ziegler <aziegler@gbc.law>; Trevor Talhami <ttalhami@gbc.law>; Allyson Martin <amartin@gbc.law>
**Subject:** RE: Proposed Fact Discovery Schedule - Spin Mater Ltd., et al. v. The Partnerships, et al. (24cv3532); GBC 6211*155255

> **[EXTERNAL EMAIL]**

Justin,

I am going to be in Argentina for the first half of August. I have therefore added two weeks to the proposed dates. Ok?

Wes



Wesley E. Johnson
wjohnson@goodtov.com
105 W. Madison, Ste. 1500
Chicago, IL 60602 (312)752-4828

1



**From:** Justin Joseph <jjoseph@gbc.law>
**Sent:** Monday, July 15, 2024 6:39 PM
**To:** Wesley Johnson <wjohnson@goodtov.com>
**Cc:** Justin Gaudio <jgaudio@gbc.law>; Amy Ziegler <aziegler@gbc.law>; Trevor Talhami <ttalhami@gbc.law>; Allyson Martin <amartin@gbc.law>
**Subject:** Proposed Fact Discovery Schedule - Spin Mater Ltd., et al. v. The Partnerships, et al. (24cv3532); GBC 6211*155255

Wesley,

Attached is a proposed fact discovery schedule. If acceptable, please add your signature. Please note that we must submit the joint proposed schedule by 7/17.

Best regards,

Justin

Justin Joseph | ATTORNEY AT LAW



300 S. Wacker Dr. Suite 2500 | Chicago, IL 60606 | Direct: (312) 987.4009 | Main: (312) 360.0080 | Fax: (312) 360.9315 | www.gbc.law

CONFIDENTIALITY NOTE This electronic mail may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is intended to be for the use of the recipients named in this mail. If you are not an intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is without authorization and is prohibited. If you receive this electronic mail in error, please notify us by return electronic mail and destroy this mail immediately. Thank you for your cooperation.