Exhibit 8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SPIN MASTER LTD., a Canadian corporation, and SPIN MASTER TOYS UK LIMITED, a United Kingdom corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ANHUI XINGXUE MATERIAL TECHNOLOGY CO., LTD. et al.,<br><br>Defendants. | Case No. 24-cv-03532<br><br>**Judge Lindsay C. Jenkins**<br><br>**Magistrate Judge Heather K. McShain** |

## PROPOSED JOINT FACT DISCOVERY SCHEDULE

Plaintiffs Spin Master Ltd. and Spin Master Toys UK Limited ("Plaintiffs") and Defendants Cao County Mingrui Handicraft Factory (Def. No. 4), Changzhou Mermei Industry Co., Ltd., Chengdu Andrey Trade Co., Ltd (Def. No. 8), Dongguan Huan Lin Magnetic Industry Co., Ltd. (Def. No. 14), Guangzhou Huaya Biotechnology Co., Ltd. (Def. No. 20, Sichuan Lantu Culture Technology Co., Ltd (Def. No. 43), Top Ace Development Limited (Def No. 45), and Wenzhou Lvyuan Arts and Crafts Co., Ltd. (Def. No. 46) (collectively, "Defendants") submit the following proposed fact discovery schedule.

| Event | Proposed Deadline |
|---|---|
| Rule 26(a)(1) Disclosures | July 30, 2024 |
| First Date by Which to Issue Written Discovery | August 29~~15~~, 2024 |
| Close of Fact Discovery | ~~February~~ March 12~~26~~, 2025 |

Dated this 17th day of July 2024.   Respectfully submitted,

<div style="margin-left: 3em;">

/s/ Justin T. Joseph
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Trevor C. Talhami
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
ttalhami@gbc.law

*Counsel for Plaintiffs*
*Spin Master Ltd. and Spin Master Toys UK Limited*

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of July 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Justin T. Joseph
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Trevor C. Talhami
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
ttalhami@gbc.law

*Counsel for Plaintiffs*
*Spin Master Ltd. and Spin Master Toys UK Limited*