Exhibit 10

# Rachel S. Miller

| | |
|---|---|
| **From:** | Wesley Johnson <wjohnson@goodtov.com> |
| **Sent:** | Thursday, August 15, 2024 11:35 AM |
| **To:** | Rachel S. Miller; bsolter@solteriplaw.com |
| **Cc:** | Trevor Talhami; Amy Ziegler; Allyson Martin; Justin Joseph; Justin Gaudio |
| **Subject:** | RE: Rule 37.2 Conference - Spin Master Ltd., et al. v. The Partnerships, et al. (24cv3532); GBC 6211*155255 |
| **Attachments:** | a1. Huanlin Sale Record.pdf; a2. Andrey_Sale Record.pdf; a3. Top Ace_Sale Record.pdf; a4. Cao Country_Sale Record_1.pdf; a4. Cao Country_Sale Record_2.pdf; a5. Lantu_Sale Record_1.pdf; a5. Lantu_Sale Record_2.pdf; a5. Lantu_Sale Record_3.pdf; a6. Mermei_Sale Record.pdf; a7. Lvyuan_Sale Record.pdf; a8. Huaya_Sale Record_1.pdf; a8. Huaya_Sale Record_2.pdf; a8. Huaya_Sale Record_3.pdf |

> **[EXTERNAL EMAIL]**

In anticipation of our discussion, I am sending you the documents I have obtained from the client so far, Bates labeled Top Ace et al 00001-45.

Wes



**Wesley E. Johnson**
wjohnson@goodtov.com
105 W. Madison, Ste. 1500
Chicago, IL 60602 (312)752-4828

  

---

**From:** Rachel S. Miller <rmiller@gbc.law>
**Sent:** Monday, August 12, 2024 1:07 PM
**To:** Wesley Johnson <wjohnson@goodtov.com>; bsolter@solteriplaw.com
**Cc:** Trevor Talhami <ttalhami@gbc.law>; Amy Ziegler <aziegler@gbc.law>; Allyson Martin <amartin@gbc.law>; Justin Joseph <jjoseph@gbc.law>; Justin Gaudio <jgaudio@gbc.law>
**Subject:** Rule 37.2 Conference - Spin Master Ltd., et al. v. The Partnerships, et al. (24cv3532); GBC 6211*155255

Counsel:

We are following up on the status of Defendants' responses to Plaintiff's discovery requests served on May 28, 2024. Defendants' discovery responses were due on May 31, 2024. They are re-attached to this email.

Defendants' Initial Disclosures also have not been received despite the Court ordered deadline of July 30, 2024.

We would like to schedule a Local Rule 37.2 meet-and-confer conference for Wednesday, August 15, 2024 at 12:00 PM CT (U.S.) to discuss the failure to respond to Plaintiff's discovery requests and the failure to timely serve Initial Disclosures. Please confirm or propose an alternate time on the same day. We have sent a concurrent meeting request.

Best regards,

Rachel S. Miller | ATTORNEY AT LAW

GREER BURNS & CRAIN
INTELLECTUAL PROPERTY LAW

300 S. Wacker Dr. Suite 2500 | Chicago, IL 60606 | Main: (312) 360.0080 | Direct: 312-374-8677 | Fax: (312) 360.9315 | www.gbc.law

CONFIDENTIALITY NOTE This electronic mail may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is intended to be for the use of the recipients named in this mail. If you are not an intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is without authorization and is prohibited. If you receive this electronic mail in error, please notify us by return electronic mail and destroy this mail immediately. Thank you for your cooperation.