# Exhibit 11

**Rachel S. Miller**

| | |
|---|---|
| **From:** | Justin Joseph |
| **Sent:** | Thursday, August 15, 2024 6:01 PM |
| **To:** | Wesley Johnson |
| **Cc:** | Rachel S. Miller; bsolter@solteriplaw.com; Allyson Martin; Trevor Talhami; Amy Ziegler; Justin Gaudio |
| **Subject:** | Rule 37.2 Conference - Spin Master Ltd., et al. v. The Partnerships, et al. (24cv3532); GBC 6211*155255 |

Wesley,

As discussed, we require that Defendants produce their initial disclosures and responses to Spin Master's discovery requests by Monday, August 19, 2024.

█████████████████████████████████████████████████████████████

Best regards,

Justin

**Justin Joseph** | ATTORNEY AT LAW



300 S. Wacker Dr. Suite 2500 | Chicago, IL 60606 | Direct: (312) 987.4009 | Main: (312) 360.0080 | Fax: (312) 360.9315 | www.gbc.law
CONFIDENTIALITY NOTE This electronic mail may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is intended to be for the use of the recipients named in this mail. If you are not an intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is without authorization and is prohibited. If you receive this electronic mail in error, please notify us by return electronic mail and destroy this mail immediately. Thank you for your cooperation.

---

**From:** Wesley Johnson <wjohnson@goodtov.com>
**Sent:** Thursday, August 15, 2024 11:35 AM
**To:** Rachel S. Miller <rmiller@gbc.law>; bsolter@solteriplaw.com
**Cc:** Trevor Talhami <ttalhami@gbc.law>; Amy Ziegler <aziegler@gbc.law>; Allyson Martin <amartin@gbc.law>; Justin Joseph <jjoseph@gbc.law>; Justin Gaudio <jgaudio@gbc.law>
**Subject:** RE: Rule 37.2 Conference - Spin Master Ltd., et al. v. The Partnerships, et al. (24cv3532); GBC 6211*155255

> [EXTERNAL EMAIL]

In anticipation of our discussion, I am sending you the documents I have obtained from the client so far, Bates labeled Top Ace et al 00001-45.

Wes



Wesley E. Johnson
wjohnson@goodtov.com
105 W. Madison, Ste. 1500
Chicago, IL 60602 (312)752-4828

1



**From:** Rachel S. Miller <rmiller@gbc.law>
**Sent:** Monday, August 12, 2024 1:07 PM
**To:** Wesley Johnson <wjohnson@goodtov.com>; bsolter@solteriplaw.com
**Cc:** Trevor Talhami <ttalhami@gbc.law>; Amy Ziegler <aziegler@gbc.law>; Allyson Martin <amartin@gbc.law>; Justin Joseph <jjoseph@gbc.law>; Justin Gaudio <jgaudio@gbc.law>
**Subject:** Rule 37.2 Conference - Spin Master Ltd., et al. v. The Partnerships, et al. (24cv3532); GBC 6211*155255

Counsel:

We are following up on the status of Defendants' responses to Plaintiff's discovery requests served on May 28, 2024. Defendants' discovery responses were due on May 31, 2024. They are re-attached to this email.

Defendants' Initial Disclosures also have not been received despite the Court ordered deadline of July 30, 2024.

We would like to schedule a Local Rule 37.2 meet-and-confer conference for Wednesday, August 15, 2024 at 12:00 PM CT (U.S.) to discuss the failure to respond to Plaintiff's discovery requests and the failure to timely serve Initial Disclosures. Please confirm or propose an alternate time on the same day. We have sent a concurrent meeting request.

Best regards,

Rachel S. Miller | ATTORNEY AT LAW
GREER BURNS & CRAIN
INTELLECTUAL PROPERTY LAW

300 S. Wacker Dr. Suite 2500 | Chicago, IL 60606 | Main: (312) 360.0080 | Direct: 312-374-8677 | Fax: (312) 360.9315 | www.gbc.law

CONFIDENTIALITY NOTE This electronic mail may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is intended to be for the use of the recipients named in this mail. If you are not an intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is without authorization and is prohibited. If you receive this electronic mail in error, please notify us by return electronic mail and destroy this mail immediately. Thank you for your cooperation.